UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| SEMYCK, WILLIAM J | § | Case No. 09-22545 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 06/19/2009 . The case was converted to one under Chapter 7 on 08/28/2009 . The undersigned trustee was appointed on 08/28/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
| --- | --- | --- |
| 4. The trustee realized gross receipts of | $ | 290,020.34 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 27,691.67 |
| Other payments to creditors | | 180,184.78 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 10,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 72,143.89 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U S C §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) (Page 1)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/22/2010 and the deadline for filing governmental claims was 04/22/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 17,251.02 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 27,251.02 , for a total compensation of $ 27,251.02 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 26.54 , for total expenses of $ 26.54 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/22/2010        By:/s/BRENDA PORTER HELMS, TRUSTEE
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page

Case No: 09-22545    SQU    Judge: JOHN SQUIRES
Case Name: SEMYCK, WILLIAM J

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Date Filed (f) or Converted (c): 08/28/09 (c)
341(a) Meeting Date: 09/30/09
Claims Bar Date: 04/22/10

For Period Ending: 10/22/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 300,000.00 | 0.00 | | 290,000.00 | FA |
| 2. CASH ON HAND | 15.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNTS | 220.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL AND JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 6. BICYCLE | 50.00 | 0.00 | | 0.00 | FA |
| 7. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 8. AUTOMOBILES AND OTHER VEHICLES | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. DOG | 0.00 | 0.00 | | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 20.34 | Unknown |

TOTALS (Excluding Unknown Values)    $305,385.00    $0.00    $290,020.34

Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/10    Current Projected Date of Final Report (TFR): 12/30/10

/s/    BRENDA PORTER HELMS, TRUSTEE
_____ Date: 10/22/10
BRENDA PORTER HELMS, TRUSTEE

Exhibit A

PFORM1    Ver 16.04.2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 09-22545 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SEMYCK, WILLIAM J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8018 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8023 | | | |
| For Period Ending: | 10/22/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account Balance ($) |
| 03/04/10 | 1 | Cihcago Title & Trust Company<br>1725 S. Naperville Road<br>Wheaton IL 60189 | net proceeds of sale of debtor's re | | 72,184.83 | | 72,184.83 |
| | | MORTGAGE, MIDLAND | Memo Amount: ( 169,613.35 )<br>Payoff first mortgage | 4110-000 | | | |
| | | LOAN SERVICING GROUP | Memo Amount: ( 10,571.43 )<br>Payoff second mortgage | 4110-000 | | | |
| | | CHICAGO TITLE INSURANCE CO | Memo Amount: ( 1,330.00 )<br>Owners policy | 2500-000 | | | |
| | | KONZ, ROSEMARY | Memo Amount: ( 1,700.00 )<br>Credit for repairs | 2500-000 | | | |
| | | KONZ, ROSEMARY | Memo Amount: ( 1,062.06 )<br>2010 real estate tax prorations | 2820-000 | | | |
| | | KONZ, ROSEMARY | Memo Amount: ( 6,255.33 )<br>2009 real estate taxes | 2820-000 | | | |
| | | BAIRD & WARNER AS IS REALTY | Memo Amount: ( 14,795.00 )<br>Real estate commission | 3510-000 | | | |
| | | CHICAGO TITLE INSURANCE | Memo Amount: ( 3.00 )<br>Government recording charges | 2500-000 | | | |
| | | | Memo Amount: ( 435.00 )<br>State and County transfer taxes | 2820-000 | | | |
| | | MARCHESE & SONS | Memo Amount: ( 400.00 )<br>Survey | 2500-000 | | | |
| | | THE HELMS LAW FIRM P.C. | Memo Amount: ( 800.00 )<br>Reimbursement of city stamps | 2820-000 | | | |
| | | THE HELMS LAW FIRM P.C. | Memo Amount: ( 525.00 )<br>Reimbursement of land trust fees | 2500-000 | | | |
| | | CHICAGO TITLE LAND TRUST CO | Memo Amount: ( 175.00 )<br>Land trust closing fees | 2500-000 | | | |
| | | SEMYCK, WILLIAM | Memo Amount: ( 10,000.00 )<br>Compromise with debtor | 8100-002 | | | |
| | | CHICAGO TITLE INSURANCE | Memo Amount: ( 25.00 )<br>Wire transfer fee | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE CO | Memo Amount: ( 25.00 )<br>Delvery fees | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE CO | Memo Amount: ( 100.00 )<br>Commitment Update Fee | 2500-000 | | | |
| | | CHICAGOTITLE INSURANCE CO | Memo Amount: 290,000.00<br>Gross sales price | 1110-000 | | | |
| 03/06/10 | 000101 | International Sureties Ltd<br>701 Polydras St. #420<br>New Orleans LA 70139 | bond premium | 2300-000 | | 61.28 | 72,123.55 |
| 03/31/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.27 | | 72,125.82 |
| 04/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.96 | | 72,128.78 |
| 05/28/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.06 | | 72,131.84 |
| 06/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.97 | | 72,134.81 |
| 07/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.05 | | 72,137.86 |
| 08/31/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.07 | | 72,140.93 |
| 09/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.96 | | 72,143.89 |

Total Of All Accounts   72,143.89

PFORM2A

Exhibit B

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-22545
Case Name: SEMYCK, WILLIAM J
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand      $    72,143.89

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Midfirst Bank c/o Midland Mortgage Co | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006A | Illinois Department of Revenue | $ 2,882.68 | $ 2,882.68 | $ 0.00 | $ 2,882.68 |
| 000007B | Internal Revenue Service | $ 78,007.94 | $ 78,007.94 | $ 0.00 | $ 40,118.80 |
| 000006B | Illinois Department of Revenue | $ 8,832.32 | $ 8,832.32 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors      $    43,001.48

Remaining Balance      $    29,142.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 27,251.02 | $ 0.00 | $ 27,251.02 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 26.54 | $ 0.00 | $ 26.54 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 1,849.50 | $ 0.00 | $ 1,849.50 |
| Other: Alan D. Lasko & Associates, P.C. | $ 15.35 | $ 0.00 | $ 15.35 |

UST Form 101-7-TFR (10/1/2010) (Page 3)

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 29,142.41 |
| Remaining Balance | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 36,660.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007C | Internal Revenue Service | $ 36,660.24 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,253.43 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | TARGET NATIONAL BANK | $ 395.76 | $ 0.00 | $ 0.00 |
| 000003 | PRA Receivables Management, LLC | $ 9,426.30 | $ 0.00 | $ 0.00 |

UST Form 101-7-TFR (10/1/2010) (Page 4)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | The Bureaus, Inc. | $ 2,033.83 | $ 0.00 | $ 0.00 |
| 000005 | Nicor Gas | $ 466.68 | $ 0.00 | $ 0.00 |
| 000007A | Internal Revenue Service | $ 109,630.86 | $ 0.00 | $ 0.00 |
| 000008 | Jim Waffle | $ 4,000.00 | $ 0.00 | $ 0.00 |
| 000009 | Jeanie A Semyck | $ 17,300.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $   0.00

Remaining Balance   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (10/1/2010) *(Page 5)*