UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| SEMYCK, WILLIAM J | § | Case No. 09-22545 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF COURT
219 S. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (10/1/2010) (Page 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SEMYCK, WILLIAM J § Case No. 09-22545
§
_____Debtor(s)_____ §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 290,020.34 |
| and approved disbursements of | $ | 217,876.45 |
| leaving a balance on hand of[1] | $ | 72,143.89 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Midfirst Bank c/o Midland Mortgage Co | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006A | Illinois Department of Revenue | $ 2,882.68 | $ 2,882.68 | $ 0.00 | $ 2,882.68 |
| 000007B | Internal Revenue Service | $ 78,007.94 | $ 78,007.94 | $ 0.00 | $ 40,118.80 |
| 000006B | Illinois Department of Revenue | $ 8,832.32 | $ 8,832.32 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 43,001.48 |
| Remaining Balance | $ | 29,142.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 27,251.02 | $ 0.00 | $ 27,251.02 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 26.54 | $ 0.00 | $ 26.54 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 1,849.50 | $ 0.00 | $ 1,849.50 |
| Other: Alan D. Lasko & Associates, P.C. | $ 15.35 | $ 0.00 | $ 15.35 |

Total to be paid for chapter 7 administrative expenses       $     29,142.41

Remaining Balance                                             $         0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 36,660.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007C | Internal Revenue Service | $ 36,660.24 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                        $         0.00

Remaining Balance                                             $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,253.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (10/1/2010) (Page: 3)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | TARGET NATIONAL BANK | $ 395.76 | $ 0.00 | $ 0.00 |
| 000003 | PRA Receivables Management, LLC | $ 9,426.30 | $ 0.00 | $ 0.00 |
| 000004 | The Bureaus, Inc. | $ 2,033.83 | $ 0.00 | $ 0.00 |
| 000005 | Nicor Gas | $ 466.68 | $ 0.00 | $ 0.00 |
| 000007A | Internal Revenue Service | $ 109,630.86 | $ 0.00 | $ 0.00 |
| 000008 | Jim Waffle | $ 4,000.00 | $ 0.00 | $ 0.00 |
| 000009 | Jeanie A Semyck | $ 17,300.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     0.00

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*

*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: csimmons              Page 1 of 2                  Date Rcvd: Dec 29, 2010
Case: 09-22545                Form ID: pdf006             Total Noticed: 33


The following entities were noticed by first class mail on Dec 31, 2010.
db           +William J Semyck,    3226 W 63rd St.,    Woodridge, IL 60517-1243
aty          +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 W Lawrence Avenue,
               Chicago, IL 60625-5104
aty          +Jonathan N Rogers,    Stitt, Klein, Daday, Aretos, et al,    2550 W. Golf Rd.,    Suite 250,
               Rolling Meadows, IL 60008-4014
tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
14119794    ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
             (address filed with court:  Applied Bank,     4700 Exchange Ct.,    Boca Raton, FL 33431-0966)
14119795     +Arrow Financial Services,     5996 W. Touhy Ave.,    Niles, IL 60714-4610
14119796     +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
14119797      Citi Cards Cbsdna,    PO Box 6241,    Sioux Falls, SD 57117-6241
14119798      ComEd,    Bill Payment Center,    Chicago, IL 60615-2093
14119800     +Edward Hospital,    1801 S. Washington St.,    Naperville, IL 60565
14119802     +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
14119801     +Household Finance,    2700 Sanders Road,    Prospect Heights, IL 60070-2701
15049394    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,     Centralized Insolvency Operations,
               Stop N781,    P.O. Box 21126,    Philadelphia,Pa 19114)
14436985    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,     Mail Stop 5010 CHI,    230 S Dearborn St,
               Chicago, IL 60604)
14895928      Illinois Department of Revenue,     Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
14436984      Illinois Department of Revenue,     Office Collection Section,    Po Box 64449,
               Chicago, IL 60664-0449
15426278     +Jeanie A Semyck,    5365 Newport Dr,    Lisle, IL 60532-4124
15426020     +Jim Waffle,    5920 Fairmont Drive,    Woodridge, IL 60517-1144
14119803     +Loan Servcing,    PO Box 1408,    La Jolla, CA 92038
14119804     +Merchants Credit Guide,    223 W. Jackson Blvd,    Chicago, IL 60606-6993
14133283     +Midfirst Bank c/o Midland Mortgage Co,    P.O. Box 26648,    Oklahoma City, OK 73126-0648
14119805     +Midland Mortgage,    999 NW. Grand,    Oklahoma City, OK 73118-6116
14311414     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
               c/o Household Finance,     POB 41067,    NORFOLK VA 23541-1067
14119807      Sears / CBSD,    PO Box 6282,    Sioux Falls, SD 57117-6282
14137178     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14119810      TNB-Visa,    3701 Wayzata Blvd.,    Minneapolis, MN 55416-3401
14119808      Target National Bank,    c/o Target Credit Services,    PO Box Box 530942,
               Minneapolis, MN 55440-0673
14119809     +The Bureaus, Inc.,    1717 Central St.,    Evanston, IL 60201-1590
14436987     +The Home Depot,    Processing Center,    Des Moines, IA 50364-0001
The following entities were noticed by electronic transmission on Dec 29, 2010.
14119799     +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 30 2010 02:21:06     Disccover Fin Svcs LLC.,
               PO Box 15316,    Wilmington, DE 19850-5316
14436986     +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2010 02:11:05      GEMB Lowes,    Po Box 981064,
               El Paso, TX 79998-1064
14119806      E-mail/Text: bankrup@nicor.com                            Nicor,    P.O.Box 2020,
               Aurora, IL 60507-2020
14706272     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    PO Box 549,
               Aurora IL 60507-0549
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: csimmons           Page 2 of 2              Date Rcvd: Dec 29, 2010
Case: 09-22545                Form ID: pdf006          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 31, 2010**             **Signature:**   *Joseph Speetjens*